UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
) Case No. 20-22278-jra
JAMES EARL THOMAS, JR. and )
DEBORAH L. THOMAS; )
) Chapter 13
Debtors. )

**ORDER CONDITIONALLY GRANTING MOTION TO IMPOSE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(4)**

This matter having come before the Court on December 21, 2020 for evidentiary hearing on the debtors' motion to impose the automatic stay pursuant to 11 U.S.C. §362(c)(4), the debtors, James Earl Thomas, Jr. and Deborah L. Thomas appearing with counsel, Edward J. Wartman, the objectant, U.S. Bank, as Trustee, appearing by counsel, Michael J. Kulak, Trustee Paul R. Chael, appearing by counsel, Amy J. Godshalk, due notice of motion having been made on all parties of record, the Court having examined said motion, witnesses testifying, the Court taking judicial notice of its own records in this case and prior cases, the Court being duly advised in the premises, hearing arguments of counsel, and having jurisdiction in all respects, based upon the findings of fact and conclusions of law orally stated in open Court at the conclusion of this hearing, the Court now conditionally grants the debtors' motion.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that debtors' motion to impose the automatic stay is conditionally granted.  The automatic stay is imposed for the full plan term as to all scheduled creditors pursuant to 11 U.S.C. §362(c)(4).

1

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall commence making monthly mortgage payments to the objectant, U.S. Bank, as Trustee, prior to confirmation upon the filing of a proof of claim by U.S. Bank, as Trustee.

**IT IS FURTHER ORDERED** that in the event the debtors do not pay their full plan payment to the Trustee by the last calendar day of the month for which the plan payment is due, U.S. Bank, as Trustee, may file a notice of default with the Court after 21 days written notice to debtors' counsel, and upon filing of said notice of default, the Court shall enter an order granting U.S. Bank, as trustee, relief from the automatic stay and abandonment of the collateral from the bankruptcy estate, residential real estate more commonly known as 957 W. 67th Place, Merrillville, Lake County, Indiana, without further notice or hearing.

DATED:   December _____, 2020.

_____
JUDGE, U.S. BANKRUPTCY COURT

Approved as to form:

_James Earl Thomas Jr_  
James Earl Thomas, Jr., Debtor

_Deborah L. Thomas_  
Deborah L. Thomas, Co-Debtor

_Edward J. Wartman_  
Edward J. Wartman, Esq.---#18939-45  
Attorney for the Debtors

2